COMMONWEALTH of Pennsylvania, Respondent

v.

John Jermaine BOYD, Petitioner

No. 415 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**